UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:06-CR-346-T-17JSS

TRUONG NGUYEN.

_____/

ORDER

This cause is before the Court on:

Dkt. 74   Unopposed Motion for Early Termination of
          Supervised Release

Defendant Truong Nguyen, pro se, moves for early termination of supervised release pursuant to 18 U.S.C. Sec. 3583(e)(1).

After Defendant Nguyen entered into a Plea Agreement, Defendant Nguyen was sentenced on December 11, 2007 to 121 months imprisonment, 60 months supervised release, fine waived, and a special assessment of $100.00. (Dkt. 60).

On January 26, 2015, Defendant Nguyen's term of imprisonment was reduced to 120 months, pursuant to Amendment 782. (Dkt. 68).

Defendant Nguyen was released to supervised release on November 20, 2015.

Defendant Nguyen has completed over 36 months of the 60-month term

Case No. 8:06-CR-346-T-17TGW

of supervised release with no known violations.

Neither the Government nor the U.S. Probation Office opposes Defendant Nguyen's Motion for Early Termination.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

**ORDERED** that pro se Defendant Truong Nguyen's Unopposed Motion for Early Termination of Supervised Release (Dkt. 74) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of April, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

AUSA Matthew Perry
U.S. Probation Office

Pro Se Defendant:

Truong Nguyen
11071 Landsbury Ct.
Houston, TX 77099-4248

2